UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TODD CHARLES PENN,

    Plaintiff,

Case No. 17-cv-10862
Hon. Matthew F. Leitman

v.

JASON BERGTOLD,

    Defendant.

_____/

## **JUDGMENT**

In accordance with this Court's Opinion and Order dated April 15, 2019, and the order of the United States Court of Appeals for the Sixth Circuit dated March 17, 2020, **JUDGMENT IS HEREBY ENTERED** in favor of Plaintiff Todd Charles Penn and against Defendant Jason Bergtold.

                                    DAVID J. WEAVER
                                    CLERK OF COURT

                        By:    s/Holly A. Monda
                                    Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: April 8, 2020
Flint, Michigan

1