UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TODD CHARLES PENN,

    Plaintiff,

v.

JASON BERGTOLD,

    Defendant.

Case No. 17-cv-10862
Hon. Matthew F. Leitman

_____/

# AMENDED JUDGMENT[1]

In accordance with this Court's Opinion and Order dated April 15, 2019, and the order of the United States Court of Appeals for the Sixth Circuit dated March 17, 2020, **JUDGMENT IS HEREBY ENTERED** in favor of Defendant Jason Bergtold and against Plaintiff Todd Charles Penn.

                              DAVID J. WEAVER
                              CLERK OF COURT

                By:    s/Holly A. Monda
                          Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: April 8, 2020
Flint, Michigan

---

[1] This Amended Judgment amends and supersedes the Court's previously-entered Judgment (*see* ECF No. 54) which entered judgment in favor of the incorrect party.

1